# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY K. BROWN,
                    Appellant,
        vs.
FARHA BROWN,
                    Respondent.

No. 78554

FILED

APR 22 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a divorce decree. Eighth Judicial District Court, Family Court Division, Clark County; Denise L. Gentile, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than 30 days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). The decree of divorce was entered on October 16, 2018, with written notice of entry served on October 17, 2018. A Qualified Domestic Relations Order was filed January 9, 2019, with written notice of entry served on January 10, 2019, but the notice of appeal was not filed until March 26, 2019, and a second notice of appeal was filed on April 5, 2019, both well after the expiration of the 30-day time period to appeal. NRAP 4(a). An untimely notice of appeal fails to vest jurisdiction in this court. *See Healy v. Volkswagenwerk*

19-17569

*Aktiengesellschaft*, 103 Nev. 329, 331, 741 P.2d 432, 433 (1987) (noting that an untimely notice of appeal fails to vest jurisdiction in an appellate court).

This court lacks jurisdiction over this appeal and therefore ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc: Hon. Denise L. Gentile, District Judge, Family Court Division
  Jeffrey K. Brown
  Farha Brown
  Eighth District Court Clerk